UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          v.                                  ORDER
                                        06-CR-327A

BOB BISHOP,

                 Defendant.

---

       This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A).  Pretrial omnibus motions were filed by defendant.  On November 19, 2007, Magistrate Judge Scott filed a Report and Recommendation, recommending that the motions be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendant's motions are denied.  This case is referred back to Magistrate Judge Scott for further proceedings.

SO ORDERED.

                                                              s/ *Richard J. Arcara*  
                                                              HONORABLE RICHARD J. ARCARA  
                                                              CHIEF JUDGE  
                                                              UNITED STATES DISTRICT COURT

DATED: February 5, 2008